UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:17-CR-19-D-3

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER TO SEAL** |
| | ) | |
| KEENAN GERRON DRAKE | ) | |

Upon motion of the United States, it is hereby ORDERED that
Docket Entry Number 71 and its accompanying Order in the above-
captioned case be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the
filed sealed documents to the United States Attorney and Defendants
attorney.

This the **31** day of  July  , 2017.

JAMES C. DEVER, III
Chief, United States District Judge